**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01156-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JOSHUA TEJAN,

      Plaintiff,

v.

SUSAN JONES (Warden, FCF),
JOE ORTIZ (Executive Director, DOC 2004),
ARISTEDES ZAVARAS (Executive Director, DOC 2010),
RUSTY LANDER (SOTP Coordinator, FCF), and
DANA BUSTO (SOTMP Hearing Officer),

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff, Joshua Tejan, is a prisoner in the custody of the Colorado Department

of Corrections who currently is incarcerated at the Fremont Correctional Facility in

Cañon City, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Prisoner

Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court

has determined that the submitted documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this order must include the civil action number

noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   \_\_     is not submitted
(2)   \_\_     is missing affidavit

(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __    is missing certificate showing current balance in prison account
(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form (must use the court's current form for filing prisoner complaints)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    An original and a copy have not been received by the court. Only an original has been received.
(10)   __    other:

**Complaint, Petition or Application**:
(11)   __    is not submitted
(12)   __    is not on proper form (must use the court's current form)
(13)   __    is missing an original signature by the prisoner
(14)   _X_   is missing page no. _1_
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court. Only an original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __    names in caption do not match names in text
(19)   _X_   other: each defendant must be listed in the caption on page 1 of the complaint, and the current address for each named defendant must be provided

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order** the action will be dismissed without

further notice.

DATED:  May 4, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge