IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01156-BNB

JOSHUA TEJAN,

    Plaintiff,

v.

SUSAN JONES (Warden, FCF),
JOE ORTIZ (Executive Director, DOC 2004),
ARISTEDES ZAVARAS (Executive Director, DOC 2010),
RUSTY LANDER (SOTMP Coordinator, FCF), and
DANA BUSTO (SOTMP Hearing Officer),

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 2, 2012, at Denver, Colorado.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          CRAIG B. SHAFFER
                                          United States Magistrate Judge