**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-01156-WJM-BNB

JOSHUA TEJAN,

    Plaintiff,

v.

SUSAN JONES, Warden, FCF,
JOE ORTIZ, Executive Director, DOC 2004,
ARISTEDES ZAVARAS, Executive Director, DOC 2010,
RUSTY LANDER, SOTMP Coordinator, FCF, and
DANA BUSTOS, SOTMP Hearing Officer,

    Defendant.

---

**ORDER ADOPTING OCTOBER 29, 2012 RECOMMENDATION OF MAGISTRATE JUDGE, DISMISSING PLAINTIFF'S AMENDED COMPLAINT AS TO DEFENDANT JOE ORTIZ, FOR FAILURE TO PROSECUTE**

---

    This matter is before the Court on the October 29, 2012 Recommendation of United States Magistrate Judge Boyd N. Boland (the "Recommendation") (ECF No. 25) that Plaintiff's Amended Complaint (ECF No. 5) be dismissed as to Defendant Joe Ortiz for failure to prosecute. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 25, at 2 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P.

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 25) is ADOPTED in its entirety;

(2) Plaintiff's Amended Complaint (ECF No. 5) is DISMISSED WITHOUT PREJUDICE as to defendant Joe Ortiz, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute;

(3) The Clerk of the Court is DIRECTED to remove defendant Joe Ortiz from the caption of this case.

Dated this 4th day of December, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge